**ADLESON, HESS & KELLY, APC**
Randy M. Hess, Esq. (SBN 88635)
Jeffrey A. Baruh, Esq. (SBN 87842)
Nicole S. Adams-Hess, Esq. (SBN 286632)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
rhess@ahklaw.com
nhess@ahklaw.com
jbaruh@ahklaw.com

Attorneys for Plaintiffs
SECURITY PEOPLE, INC. and ASIL GOKCEBAY

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSEPH C. CAMPO, SB# 150035
  E-Mail: Joe.Campo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants WELLS FARGO INSURANCE SERVICES USA, INC.; USI INSURANCE SERVICES, LLC, USI INSURANCE SERVICES NATIONAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITY PEOPLE, INC. AND ASIL GOKCEBAY,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO INSURANCE SERVICS USA, INC., USI INSURANCE SERVICES LLC, USI INSURANCE SERVICES NATIONAL, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 4:18-cv-06735- YGR<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE JANUARY 7, 2020 HEARING ON PLAINTIFF'S MOTION TO STRIKE**<br><br>Trial Date: March 16, 2020 |

Plaintiffs SECURITY PEOPLE, INC. AND ASIL GOKCEBAY ("Plaintiffs"), on the one hand, and Defendants WELLS FARGO INSURANCE SERVICES USA, INC.; USI INSURANCE SERVICES, LLC, USI INSURANCE SERVICES NATIONAL, INC. ("Defendants"), on the other hand, hereby submit their stipulation to continue the January 7, 2020 hearing on Plaintiff's Motion to Strike (Daubert) to January 21, 2020 (1) due to the fact that Defendants' counsel shall be engaged in trial in the case of Norman v. SGB Insurance, Los Angles Superior Court, Case No. BC697971 beginning on January 6 and continuing through January 13, and (2) so that the parties may participate in a second mediation session on January 17, 2020.

THEREFORE, in consideration of these facts and circumstances, Plaintiff and Defendants submit that good cause exists for and have agreed, through their attorneys of record, to continue this date as referenced above.

Accordingly, IT IS HEREBY STIPULATED AND AGREED that the hearing on Plaintiff's Motion to Strike is continued from January 7, 2020 to January 21, 2020 at the same time and location.

IT IS SO STIPULATED.

DATED: December 24, 2019     ADELSON, HESS & KELLY APC

By: ___/s/ JeffreyBaruh___
Jeffrey Baruh
Attorneys for Plaintiffs SECURITY PEOPLE, INC. AND ASIL GOKCEBAY



4811-6654-2494.1 .1                      2                    4:18-cv-06735- YGR
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE JANUARY 7, 2020 HEARING ON PLAINTIFF'S MOTION TO STRIKE

| | |
|---|---|
| DATED: December 24, 2019 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: _____/s/ Joseph C. Campo_____
Joseph C. Campo
Attorneys for Defendants WELLS FARGO INSURANCE SERVICES USA, INC.; USI INSURANCE SERVICES, LLC, USI INSURANCE SERVICES NATIONAL, INC.

IT IS SO ORDERED:

December __30__, 2019

_____
Hon. Yvonne Gonzalez Rogers